# United States District Court
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA  DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:15CR18(5) |
| | § | |
| JAMES NEAL BYRD | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Craven conducted a hearing on July 12, 2017  in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document # 1020).   Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement.  She  further recommended that the Court finally adjudge Defendant as guilty of  Count 1 of the Information which charges a violation of 21 U.S.C. § 846, Conspiracy to Distribute Methamphetamine.   The Court is of the opinion that the Report and Recommendation should be accepted.  It is accordingly  **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document # 1020) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant

**GUILTY** of Count 1  of the Information in the above-numbered cause and enters a  **JUDGMENT**

**OF GUILTY** against the Defendant as to Count 1  of the Information

**SIGNED this 28th day of July, 2017.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE